IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA JOINT WELFARE COMMITTEE FOR THE POINTING, CLEANING AND CAULKING INDUSTRY, LOCAL 52, *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )  CIVIL ACTION<br>)<br>)  NO. 11 C 3424 |
| v. | )<br>)  JUDGE SAMUEL DER-YEGHIAYAN |
| G. G.'S TUCKPOINTING, INC., an Illinois corporation, | )<br>)<br>) |
| Defendant. | ) |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 29, 2011, request this Court enter judgment against Defendant, G. G.'S TUCKPOINTING, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On June 29, 2011, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for July 2010 forward. The Court set a prove-up hearing date for August 17, 2011 and retained jurisdiction to enter judgment against Defendant after Plaintiffs determined all amounts due from Defendant.

2. Defendant submitted to Plaintiffs its May 2011 through July 2011 fringe benefit contribution reports. However, the contributions due pursuant to said reports were paid late. Accordingly, Defendant has incurred $10,039.24 in liquidated damages and $360.19 in interest (Rocco Aff. ¶ 4(d)).

3. Defendant is in violation of its obligation to submit all monthly contribution reports for the months of July 2010 through April 2011 (estimated 2 employees @160/hours per month) and August 2011 and September 2011 (estimated at hours reported for July 2011).  Based upon the above, the Fund Administrator estimates Defendant's liability for such period to be $135,960.10 in contributions, $22,134.40 in liquidated damages, and $1,878.29 in interest (as of October 27, 2011), for a total of $159,972.79 (Rocco Aff. ¶ 4(e)).

4. In addition, Plaintiffs' firm has expended $520.00 in costs and $1,960.50 in attorneys' fees in this matter.  (See Affidavit of Catherine M. Chapman).

5. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $172,852.72.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $172,852.72.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\52J\G.G.'s\#23163\motion-judgment.pnr.df.wpd

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 20th day of October 2011:

    Mr. Jesus Garibay, Registered Agent/President
    G. G.'s Tuckpointing, Inc.
    48 Pulaski Road
    Calumet City, IL 60409


          /s/ Patrick N. Ryan


Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\52J\G.G.'s\#23163\motion-judgment.pnr.df.wpd